**JENNER & BLOCK LLP**
Alexander M. Smith (SBN 295187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2054
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (to apply *pro hac vice*)
dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendant
The Hain Celestial Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN VIVANCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>Defendant. | Case No. 1:26-cv-4079-KES-EGC<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>**Doc. 10** |

WHEREAS:

1. Defendant's current deadline to file a responsive pleading is July 21, 2026. *See* ECF No. 9.

2. Defendant presently intends to file a motion to dismiss. The parties agree that it would benefit both sides to have additional time to brief the motion in light of competing deadlines on other cases throughout late July and August.

3. Moreover, Defendant's counsel has pre-planned travel to Europe between August 4, 2026 and August 16, 2026. If Defendant were to file a motion to dismiss on July 21, 2026, the default briefing schedule imposed by Local Rule 230 would make Plaintiff's opposition brief due on August 4, 2026 and Defendant's reply brief due on August 14, 2026, which would overlap with counsel's international travel.

4. In light of these scheduling constraints, the parties have agreed to the following briefing schedule: (a) Defendant's motion to dismiss shall be due on August 3, 2026; (b) Plaintiff's opposition shall be due on August 24, 2026; (c) Defendant's reply in support of its motion to dismiss shall be due September 8, 2026; and (d) the motion shall be set for hearing on October 5, 2026, at 1:30 p.m. PT, or the first date and time thereafter that the Court is available.

5. This is the parties' first request to set a briefing schedule on Defendant's anticipated motion to dismiss, and the requested briefing schedule will not affect any other dates or deadlines set by Court order.

NOW, THEREFORE, the parties stipulate and agree as follows, subject to Court approval:

1. Defendant's motion to dismiss or other responsive pleading shall be due August 3, 2026.

2. If Defendant files a motion to dismiss, the briefing schedule shall be as follows: (a) Plaintiff's opposition shall be due on August 24, 2026; (b) Defendant's reply in support of its motion to dismiss shall be due September 8, 2026; and (c) the motion shall be set for hearing on October 5, 2026, at 1:30 p.m. PT, or the first date and time thereafter that the Court is available.

IT IS SO STIPULATED AND AGREED:

Dated: July 16, 2026

GUCOVSCHI LAW FIRM, PLLC

By: /s/ Nathaniel H. Sari (with permission)
Nathaniel H. Sari

Attorneys for Plaintiff
Jonathan Vivanco

Dated: July 16 , 2026

JENNER & BLOCK LLP

By: /s/ Alexander M. Smith
Alexander M. Smith

Attorneys for Defendant
The Hain Celestial Group, Inc.

**ORDER**

In light of the parties' Stipulation to Set Briefing Schedule, (Doc. 10), and for good cause shown, it is hereby ORDERED that

1. Defendant's motion to dismiss or other responsive pleading shall be due August 3, 2026.

2. If Defendant files a motion to dismiss, the briefing schedule shall be as follows: (a) Plaintiff's opposition shall be due on August 24, 2026; (b) Defendant's reply in support of its motion to dismiss shall be due September 8, 2026; and (c) the motion shall be set for hearing on October 5, 2026, at 1:30 p.m. PT.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE