**GUCOVSCHI LAW FIRM, PLLC**
Adrian Gucovschi (State Bar No. 360988)
Nathaniel H. Sari (State Bar No. 362634)
165 Broadway, Fl. 23
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com
nathaniel@gucovschilaw.com

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jonathan Vivanco, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The Hain Celestial Group Inc.<br><br>Defendant. | **Case No. 1:26-cv-4079-KES-EGC**<br><br>**ORDER TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>[Doc. 15] |

**ORDER TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**

**WHEREAS:**

**NOW, THEREFORE, the Parties stipulate and agree as follows, subject to Court approval:**

1. Plaintiff shall have up to and including September 23, 2026, to file a First Amended Complaint.

2. Defendant shall have twenty-one (21) days from the date of service of the First Amended Complaint to answer, move, or otherwise respond, pursuant to Federal Rule of Civil Procedure 15(a)(3).

3. This Stipulation is entered into for the purpose of efficient case management and shall not be construed as a waiver by either Party of any claim, defense, or argument, including any argument raised or that could have been raised in the pending Motion to Dismiss.

IT IS SO ORDERED.

Dated: **August 23, 2026**

Erin Sug Castillo

UNITED STATES MAGISTRATE JUDGE